RECEIVED
RECEIVED USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE

JUL 1 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| ROY BURTON | CIVIL ACTION NO. 07-0746 |
| VS. | SECTION P |
| TERRY TERRELL, WARDEN | CHIEF JUDGE HAIK |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the Report and Recommendation is correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and exhibits annexed to it that the petitioner's claims are without merit.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 29th day of August, 2007.

RICHARD T. HAIK, SR.
CHIEF JUDGE