RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __10/18/07__
     6p

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **ROY BURTON** | **CIVIL ACTION NO. 2:07CV746** |
| **VERSUS** | **JUDGE HAIK** |
| **WARDEN ALLEN CORRECTIONAL CENTER** | **MAGISTRATE JUDGE METHVIN** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Lafayette_, Louisiana, this _18th_ Day of _October_, 2007.

Richard T. Haik, Sr.
UNITED STATES DISTRICT JUDGE